John Hendricks, administrator of the estate of Charles C. Hendricks, deceased, appellee, v. Chicago Rapid Transit Company, appellant. Gen. No. 32,067.

Wilson, J., dissents. Opinion filed February 23, 1928. Rehearing denied March 12, 1928.

Gardner, Foote, Burns & Morrow, for appellant; Walter M. Fowler and James K. Miller, of counsel. O'Harra, O'Harra & O'Harra and William H. Holly, for appellee.

Mr. Justice Holdom delivered the opinion of the court.

Thomas Padden and William Padden, trading as Padden Brothers, appellees, v. William Rappall, appellant. Gen. No. 32,100.

Opinion filed February 23, 1928.

Ziv, Loomis & Silvertrust, for appellant. John E. Crahen and Harold E. Sullivan, for appellees; John E. Crahen, of counsel.

Mr. Justice Holdom delivered the opinion of the court.

Polonia Kundrotas, appellant, v. Mamie Miceika, appellee. Gen. No. 32,118.

Opinion filed
February 23, 1928.

Charles R. Smith, for appellant. Kamfner, Horwitz, Halligan & Daniels, for appellee.

Mr. Justice Holdom delivered the opinion of the court.